No. 94–2018. GREGORY v. THOMAS L. JACOBS & ASSOCIATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–2019. ORYX ENERGY CO., FKA SUN GAS CO., INC. v. BOURQUE ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 94–2020. ISHMAEL v. UNITED STATES; and
No. 94–9641. ISHMAEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–2021. GERACI v. ECKANKAR. Ct. App. Minn. Certiorari denied.

No. 94–2023. DALBERTO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–2024. EDUCATIONAL DEVELOPMENT NETWORK CORP. ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–2025. ENGSTROM ET AL. v. FIRST NATIONAL BANK OF EAGLE LAKE. C. A. 5th Cir. Certiorari denied.

No. 94–2026. LOCAL 30, UNITED SLATE, TILE & COMPOSITION ROOFERS, DAMP & WATERPROOF WORKERS ASSN., AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 94–2028. CHEMALALI v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 94–2029. FIELDS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 94–2030. HARKINS ET AL. v. SCATTERED CORP. C. A. 7th Cir. Certiorari denied.

No. 94–2031. VALERIO v. LEND LEASE TRUCKS, INC. C. A. 3d Cir. Certiorari denied.

No. 94–2033. COLLINS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.